**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7285

JAQUAN ALEXANDER LANE,

        Plaintiff - Appellant,

    v.

BRENT SOUCIER,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:19-ct-03200-FL)

Submitted:  July 25, 2023                                      Decided:  July 27, 2023

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jaquan Alexander Lane, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jaquan Alexander Lane appeals the district court's order granting the Defendant's motion for summary judgment on Lane's 42 U.S.C. § 1983 complaint and denying Lane's cross-motion for summary judgment. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Lane v. Soucier*, No. 5:19-ct-03200-FL (E.D.N.C. Sept. 26, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*